UNPUBLISHED

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.                                                          No. 97-7821

BRIAN KARL BUTT,
Defendant-Appellant.

Appeal from the United States District Court
for the Eastern District of Virginia, at Alexandria.
James C. Cacheris, Senior District Judge.
(CR-92-43-A, CA-97-536-A)

Submitted: January 31, 2000

Decided: March 10, 2000

Before NIEMEYER and LUTTIG, Circuit Judges,
and HAMILTON, Senior Circuit Judge.

_____

Vacated and remanded by unpublished per curiam opinion.

_____

**COUNSEL**

Bernard Joseph DiMuro, DIMURO, GINSBERG & LIEBERMAN,
P.C., Alexandria, Virginia, for Appellant. Helen F. Fahey, United
States Attorney, Vincent L. Gambale, Assistant United States Attor-
ney, Dennis M. Kennedy, Assistant United States Attorney, Alexan-
dria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Brian Karl Butt appeals the district court's denial of his motion under 28 U.S.C.A. § 2255 (West Supp. 1999). The record discloses that following a response from the Government and a reply from Butt, the district court ordered an evidentiary hearing. Butt, proceeding in forma pauperis, requested and was denied counsel at the commencement of this hearing. He argues that this denial constitutes a violation of Rule 8(c) of the Rules Governing § 2255 motions. We agree. Accordingly, we grant a certificate of appealability and Butt's motion for summary reversal, vacate the district court's order, and remand the case to the district court.

VACATED AND REMANDED

2